# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SHONDA RENEE BEVERLY, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL ACTION NO. 4:23-CV-00048-AGD |
| COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Shonda Renee Beverly's Motion and Memorandum for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (Dkt. #22), and the Commissioner's Response, (Dkt. #24), wherein the Commissioner does not object to the requested fees, finds that Plaintiff's motion is well taken and should be granted.

It is therefore **ORDERED** that Plaintiff's motion, (Dkt. #22), is **GRANTED**, and the Commissioner is directed to pay seven thousand five hundred forty-two dollars and two cents ($7,542.02) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED.**

**SIGNED this 26th day of March, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE